ROYALE TRADING CO. ET AL. *v.* UNITED STATES

No. 7217.—Invoices dated Manchester, England, June 29, 1946, etc.
Certified July 1, 1946, etc.
Entered at New York, N. Y., August 7, 1946, etc.
Entry Nos. 710861; 735310/2.

(Decided April 28, 1947)

*John D. Rode* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

CLINE, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

ALFRED DUNHILL OF LONDON, INC. *v.* UNITED STATES

No. 7218.—Invoice dated London, England, March 1944.
Certified March 1944.
Entered at New York, N. Y., May 26, 1944.
Entry No. 735310.

(Decided April 28, 1947)

*John D. Rode* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

CLINE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the cost of production, as that value is defined in section 402 (f) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.